NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REM HOLDINGS 3, LLC,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-1986

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,620.

---

**JUDGMENT**

---

CHRISTOPHER STEPHEN STEWART, Caldwell Cassady & Curry, Dallas, TX, argued for appellant. Also represented by BRADLEY WAYNE CALDWELL, JOHN AUSTIN CURRY, ALEXIS FAYE MOSSER.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K.

KELLEY, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, LORE A. UNT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 May 4, 2018         /s/ Peter R. Marksteiner
 Date             Peter R. Marksteiner
                  Clerk of Court